UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 05-386 |
| | § | |
| ROEL BREMEA, JR. | § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, ROEL BREMEA, JR., Defendant in the above-entitled and numbered cause, by and through his attorneys Mr. Leonardo Rincones, Jr. and Mr. Noe D. Garza, Jr., Attorneys, move the Court to enter an order substituting Mr. Leonardo Rincones, Jr. and Mr. Noe D. Garza, Jr. as Defendant's attorneys of record in place of the court appointed attorney Mr. Jonathan Zucker, in the above-entitled cause and would respectfully show the Court as follows:

Defendant, ROEL BREMEA, JR., has retained Leonardo Rincones, Jr. and Noe D. Garza, Jr. to represent him in the above-entitled and numbered cause.

WHEREFORE, Defendant prays the Court grant this motion and order that Leonardo Rincones, Jr. and Noe D. Garza, Jr. be substituted for the court appointed attorney Jonathan Zucker as attorneys of record.

Law Office of
Leonardo Rincones, Jr.
854 E. Van Buren St.
Brownsville, Texas 78520
956-504-0883 tel.
956-544-7530 fax

By: _____
Leonardo Rincones, Jr.     DC#: TX0032
Texas State Bar No. 24025617
ATTORNEY FOR DEFENDANT
ROEL BREMEA, JR.

By: _____
Noe D. Garza, Jr.
Texas State Bar No. 07736010   DC#: TX0030
ATTORNEY FOR DEFENDANT
ROEL BREMEA, JR.
FED ID. # 8652

* _____
Jonathan Zucker, ATTORNEY AT LAW

_____
ROEL BREMEA, JR.
Defendant

* Pursuant to defendant's stated request.

## CERTIFICATE OF SERVICE

 I, Leonardo Rincones, Jr., do hereby certify that a true and correct copy of the foregoing Motion for Substitution of Counsel has been forwarded to Jonathan Zucker, Attorney Law, on this 9th day of January, 2006.

Leonardo Rincones, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs. | § § | CRIMINAL NO. 05-386 |
| **ROEL BREMEA, JR.** | § § | |

## ORDER

On this the ___ day of _____, 2006, came to be considered the above and foregoing Motion for Substitution of Counsel, and the Court, after considering the same, is of the opinion that the same should be GRANTED/DENIED.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED, that this substitution should be effected and that attorneys Leonardo Rincones, Jr. and Noe D. Garza, Jr., now be considered attorneys of record for the Defendant in this cause, and that attorney the court appointed, Jonathan Zucker, is discharged from further responsibility in this cause.

SIGNED this ____ day of _____, 2006, at Washington, D.C.

_____
JUDGE PRESIDING