UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :

v.                               :   CR. NO. 05-386-All (ESH)

ANTOINE JONES, ET AL.            :

### O R D E R

Robert Clay, Warden of the District of Columbia Jail, is hereby ordered this 15 day of June, 2006, to implement procedures that will permit, without prior notice or approval, the following attorneys and/or investigators to enter the Correctional Treatment Facility and bring with them laptop computers, CD's, DVDs, videotapes, audio cassette players, and audio tapes for the purpose of reviewing discovery materials with the clients named in this order. The attorneys, investigators, and their respective clients are as follows:

| Client | DCDC No. | Attorney/ Investigator |
|---|---|---|
| Antoine Jones | 241-912 | A. Eduardo Balarezo, Esq.<br>Mark Glick, Investigator |
| Kirk Carter | 244-575 | Charles Daum, Esq<br>Iman Pasha, -Investigator |
| Lawrence Maynard | 307-469 | Howard Katzoff, Esq.<br>David P. Jones - Investigator |
| Roel Bermea, Jr. | 307-060 | Noe D. Garza, Esq.<br>Leonardo Rincones, Jr., Esq. |
| Alberto Montelongo | 307-063 | Fred A. Kowalski, Esq. |
| Demetris Johnson | 307-061 | Michael S. Blumenthal, Esq. |

1

| | | | |
|---|---|---|---|
| Adrian Jackson | 307-059 | Jon Norris, Esq. | |
| Michael Huggins | 232-489 | Rudy Acree, Esq. | |
| Ricardo Sanchez | 307-062 | Elita Amato, Esq. | |
| Kevin Holland | 265-520 | Brian McDaniel, Esq. | |

FURTHER ORDERED, that this order is to remain in effect until ~~until~~ _____

☒ until withdrawn by specific written notification by this court.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc: Robert Clay
    Warden - District of Columbia Jail
    1901 D Street S.E.
    Washington, D.C. 20003

    Office of the General Counsel
    D.C. Department of Corrections
    Washington, D.C.
    Washington, D.C. 20530
    Fax 202 514-8707

    Howard B. Katzoff, Esq.
    717 D Street, N.W., Suite 310
    Washington, D.C. 20004

    U.S. Marshal
    Cellblock Division
    U.S. Courthouse
    Washington, D.C. 20001