UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA



FILED
JAN 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Roel Bremea, Jr.                    Docket No.: **1:05-CR-386-08**

### REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted

   New sentencing date: ~~April~~ March 30, 2007 at 9:45 am

2. Extension for additional time to complete presentence report denied _____

### ORDER OF COURT

Considered and ordered this ___8___ day of __January__, 200_7_.

_____
Ellen Segal Huvelle
United States District Judge