UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,          )
                                   )
                                   )
                                   )
v.                                 )   Criminal No. 05-386 (ESH)
                                   )   -8
ANTOINE JONES, et al.,             )
                                   )
         Defendants.               )
                                   )

## ORDER

In a hearing before Magistrate Judge John M. Facciola on June 19, 2006, defendant Roel Bermea, Jr. entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant Bermea's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant Bermea's guilty plea.

**SO ORDERED.**

*/s/ Ellen S. Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 26, 2007