HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**MAR 2 8 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-386-08</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: _____ |
|  | : |  |
| BERMEA, Jr., Roel | : | Disclosure Date: <u>February 21, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
(X)  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        ___3/28/08___
**Prosecuting Attorney**                              **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
(  )  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
**Defendant            Date**                              **Defense Counsel      Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 7. 2007**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
       United States Probation Officer