| PROB 22-DC (Rev 2/88) | **TRANSFER OF JURISDICTION** | **FILED** APR 3 0 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | DOCKET NUMBER *(Tran Court)* 05-00386-08 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Roel Bremia, aka Roel Bermea Jr.(true name) | DISTRICT District of Columbia | DIVISION US Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ellen Segal Huvelle | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |

OFFENSE

Conspiracy to Distribute and Possess With Intent to Distribute More than 5 Kilograms of Cocaine and 50 Grams or More of Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

    IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/28/08_                                                    _E/ln S Huvl_
Date                                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4/23/08_ (ASH)
_2/7/08_                                                     _____
Effective Date                                               United States District Judge
                                                             **Andrew S. Hanen**