Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W. Room 1225
Washington, D.C. 20001

April 30, 2008

United States District Court
Southern District of Texas
RECEIVED

MAY - 5 2008

Michael N. Milby, Clerk

**FILED**

MAY 09 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk, U.S. District Court
1158 Federal Bldg and U.S. Courthouse
600 East Harrison Street
Brownsville, TX. 78520

In re: U.S.A. v. Roel Bremea, Jr.
Our Case No: 05-386-08

B-08-441

Dear Clerk,

    Pursuant to Title 18 U.S.C. 3605, I am forwarding herewith certified copies of the Transfer of Jurisdiction Order, Second Superseding Indictment, Judgment and Commitment Order and docket sheet.

    Please acknowledge receipt of these documents on the enclosed copy of this letter.

Very Truly Yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Tiffany Reed, Deputy Clerk

Enclosures